**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1312**

KENNETH A. WHITE,

                  Plaintiff - Appellant,

            v.

LEROY  SCOTT  OWENS,  VP,  Old  Republic  National  Title
Insurance;  CHAGRIN  VALLEY  TITLE  &  ESCROW  AGENCY;  GENERAL
TITLE  &  TRUST  COMPANY;  DOUGLAS  KING,  Esq.;  STEPHEN  D.
STEINOUR,  CEO,  Chairman,  President,  Huntington  National
Bank;  ROGER  CASALE,  VP,  Sky  Bank  (bought  by  Huntington  Nat'l
Bank  in  2007);  RYAN  HOWARD,  Mortgage  Loan  Originator,  Sky
Bank  (bought  by  Huntington  Nat'l  Bank  in  2007);  ROBERT
ROSPLOCK,  Esq.;  NANCY  LUXENBERG;  MONICA  E.  RUSSELL,  Attorney
at  Law;  DANIEL  A.  FRIEDLANDER;  ROBERT  H.  YOUNG,  Esq.;
HUNTINGTON  NATIONAL  BANK;  ONE  THROUGH  TWENTY  JOHN  &  JANE
DOES;  OLD  REPUBLIC  NATIONAL  TITLE  INSURANCE,  400  Second
Avenue  South,  Minneapolis,  Minnesota  55401,  and;  OLD
REPUBLIC  NATIONAL  TITLE  INSURANCE;  TITLE  HOLDINGS,
LTD/CHARGIN  VALLEY  TITLE  &  ESCROW  AGENCY;  SKY
BANK/HUNTINGTON NAT'L BANK,

                  Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Southern
District  of  West  Virginia,  at  Bluefield.   David  A.  Faber,  Senior
District Judge.  (1:12-cv-07965)

Submitted:  September 30, 2015        Decided: October 6, 2015

Before  NIEMEYER  and  KING,  Circuit  Judges,  and  DAVIS,  Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

_____

Kenneth A. White, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth A. White, a federal inmate, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing, under 28 U.S.C. § 1915(e)(2)(B) (2012), White's second amended complaint filed in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. White v. Owens, No. 1:12-cv-07965 (S.D. W. Va. March 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3